**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7474**

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

MIKE ANDREW BROCKETT,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:92-cr-00088-4)

Submitted:  March 31, 2016    Decided:  April 29, 2016

Before MOTZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mike Andrew Brockett, Appellant Pro Se. Alyssa Kate Nichol, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Andrew Brockett appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. United States v. Brockett, No. 2:92-cr-00088-4 (E.D. Va. July 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED